## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LISA PREVATT,

    Plaintiff,

v.                                                                CASE NO: 8:13-cv-3121-T-26AEP

HERITAGE ALF OF PLANT CITY, INC.,
HERITAGE VIEW ALF, INC., HERITAGE
OAKS ALF, INC., CONNIE MACALINAO,
and LOUIE MACALINAO,

    Defendants.
    _____/

## **O R D E R**

    Pending before the Court for resolution is the Defendants' recent motion seeking dismissal of the Plaintiff's complaint on the ground that this case is now moot in that the Defendants have tendered to the aggrieved employees the entire amounts they claim they are owed for past overtime compensation plus liquidated damages. After careful consideration, the Court is of the opinion that the motion is due to be denied because the Defendants' allegations are supported by nothing more than Defendants' counsel's representations which are insufficient upon which this Court can rely to make an evidentiary determination that this case is in fact now moot. See Mora v. United States, 955 F.2d 156, 158 (2nd Cir. 1992) ("Research has revealed no authority for the proposition that a district judge must rely on a representation, made by the government or any other litigant for that matter. Instead, in making a determination, a trial court

must rely on the evidence before it.") (cited and quoted with approval in <u>United States v. Potes Ramirez</u>, 260 F.3d 1310, 1314 (11th Cir. 2001)). Accordingly, the Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. 13) is denied. The Defendants are directed to file an answer and defenses to Plaintiff's complaint within ten (10) days of this order. In the event the parties reach a settlement, they shall immediately advise the Court of that fact.

**DONE AND ORDERED** at Tampa, Florida, on February 3, 2014.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record